UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ARMED FORCES BANK, N.A.,               )   Case # 2:11-cv-00654-JCM-GWF
                                       )
        Plaintiff,                     )
                                       )   **VERIFIED PETITION FOR
vs.                                    )   PERMISSION TO PRACTICE
                                       )   IN THIS CASE ONLY BY
FSG-4, LLC, a Delaware limited liability )   ATTORNEY NOT ADMITTED
company; JOHN A. RITTER, an individual; and )   TO THE BAR OF THIS COURT
JOHN A. RITTER, as Trustee of the Mustang )   AND DESIGNATION OF
Trust, dated September 21, 1990,       )   LOCAL COUNSEL**
                                       )
        Defendant(s).                  )   EFFECTIVE JUNE 1, 2004
                                       )   FILING FEE IS $175.00

_____Kyle S. Hirsch_____, Petitioner, respectfully represents to the Court:

1.   That Petitioner resides at _____Phoenix_____.
                                      (city)

_Maricopa County_ , _Arizona_ .
    (county)         (state)

2.   That Petitioner is an attorney at law and a member of the law firm of

_____Bryan Cave LLP_____ with offices at

_____Two North Central Avenue, Suite 2200_____ ,
              (street address)

_Phoenix_ , _85004_ , _(602) 364-7000_ .
 (city)    (zip code)   (area code + telephone number)

_kyle.hirsch@bryancave.com_ .
*(Email address)*

3. That Petitioner has been retained personally or as a member of the law firm by **Armed Forces Bank, N.A.** [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

4. That since **December 2005** (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of **Arizona** (state) where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | *Bar Number* |
|---|---|---|
| United States District Court, District of Arizona | 02-27-2006 | |
| Ninth Circuit Court of Appeals | 05-08-2007 | |
| Supreme Court for the State of Arizona | 12-27-2005 | 024155 |

6. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

7. Has Petitioner ever been denied admission to the State Bar of Nevada?. (If yes, give particulars of every denied admission):

No.

8. That Petitioner is a member of good standing in the following Bar Associations:

State Bar of Arizona
Maricopa County Bar Association

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| See Attached. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

**Verified Petitions For Permission To Practice Filed By Attorneys In The Phoenix Office Of Bryan Cave LLP – United States District Court Or United States Bankruptcy Court For The District Of Nevada**

| Name of Petitioner/ Date of Application | Case | Title of Court, Administrative Body or Arbitrator/Case No. | Application Granted or Denied |
|---|---|---|---|
| Lawrence Scarborough April 2008 | Case No. 08-CV-466 | United States District Court, District of Nevada | Granted |
| J. Alex Grimsley April 2008 | Case No. 08-CV-466 | United States District Court, District of Nevada | Granted |
| Meridyth M. Andersen April 2008 | Case No. 08-CV-466 | United States District Court, District of Nevada | Granted |
| Kyle S. Hirsch June 2008 | Case No. 08-10936 | United States Bankruptcy Court for the District of Nevada | Granted |
| Edward M. Zachary June 2008 | Case No. 08-10936 | United States Bankruptcy Court for the District of Nevada | Granted |
| Kyle S. Hirsch November 2009 | Case No. 08-17814 | United States Bankruptcy Court for the District of Nevada | Granted |
| Robert J. Miller December 2009 | Case No. 09-22035 | United States Bankruptcy Court for the District of Nevada | Granted |

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's Signature

STATE OF ___ARIZONA___ )
COUNTY OF ___MARICOPA___ )

___Kyle S. Hirsch___, Petitioner, being first duly sworn, deposes and says:
That the foregoing statements are true.

_____
Petitioner's Signature

Subscribed and sworn to before me this
24th day of May, 2011.

___Susan A. Malone___
Notary public or Clerk of Court

SUSAN A. MALONE
Notary Public—Arizona
Maricopa County
Expires 01/24/2012

# DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Matthew G. Holland___, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate residence counsel in this action. The address of said designated Nevada counsel is:

777 N. Rainbow Boulevard, Suite 350
Las Vegas, NV 89107          Tel.: (702) 636-4902

(Street, City, State, Zip Code and Telephone No.)

4

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoints _____Matthew G. Holland_____ as his/her/their Designated Resident Nevada Counsel in this case.

_____
(Party signature)

SVP ALLIED Federal Bank, N.A.
(Party signature)

_____
(Party signature)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____     10370
Designated Resident Nevada Counsel's Signature     Bar number

APPROVED:

Dated: this 25th day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE

5

Rev 07.06