UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ARMED FORCES BANK, N.A.,

Plaintiff,

vs.

FSG-4, LLC, *et al*.,

Defendants.

2:11-cv-654-JCM-CWH

ORDER

This matter came is before the Court on the parties' First Stipulated Amended Rule 26(f) Discovery Plan (#42), filed February 14, 2012. The Court has reviewed the stipulation and finds that it does not comply with LR 26-4. "All motions or stipulations to extend a deadline set forth in a discovery plan shall be received by the Court no later than 21 days before the expiration of the subject deadline. A request made after the expiration of the subject deadline shall not be granted unless the movant demonstrates that the failure to act was the result of excusable neglect." LR 26-4. The parties seek to extend the discovery deadline set for February 29, 2012. The stipulation to extend this deadline was filed February 15, 2012. The parties fail to demonstrate that the filing of this stipulation later than 21 days before the expiration of discovery was the result of excusable neglect.

Accordingly,

**IT IS HEREBY ORDERED** that the parties' First Stipulated Amended Rule 26(f) Discovery Plan (#42) is **denied without prejudice**.

DATED this 15th day of February, 2012.

C.W. Hoffman, Jr.
United States Magistrate Judge